IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. ____2026 2:26cr126-MHT-CWB |
| | ) | [18 U.S.C. § 922(o)] |
| RODERICK MARKES SCOTT | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
### (Illegal Possession of a Machinegun)

On or about December 29, 2025, in Lowndes County, within the Middle District of Alabama, the defendant,

RODERICK MARKES SCOTT,

knowingly possessed a machinegun as that term is defined in Title 26, United States Code, Section 5845(b), to wit: a Machinegun Conversion Device, which is a part designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATION

A.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.  Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(o) set forth in Count 1 of this Indictment, the defendant,

RODERICK MARKES SCOTT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the

offenses in violation of Title 18, United States Code, Section 922(o). The property includes but is not limited to a Machinegun Conversion Device.

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
Foreperson

_____
KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

_____
Joel Feil
Assistant United States Attorney

_____
Russell T. Duraski
Assistant United States Attorney